CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/16/2022
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
        DEPUTY CLERK

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| JARED HESTER, *Plaintiff*, v. WASHINGTON & LEE UNIV., *Defendant.* | Case No. 6:22-cv-00002 <br><br> ORDER <br><br> Judge Norman K. Moon |

This matter is before the Court on Defendant's Motions to Dismiss, Dkt. 15. For the reasons set forth in the Court's Memorandum Opinion, to follow, the Court **GRANTS** the Motion and dismisses this case.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all parties.

Entered this ⎯16th⎯ day of September, 2022.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE